IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | **CHAPTER 7** |
| : | |
| **SKB Design Build LLC** : | **BANKRUPTCY NO. 23-10514(AMC)** |
| : | |
| **Debtor** : | |

## NOTICE OF LYNN E. FELDMAN, CHAPTER 7 TRUSTEE, TO ABANDON PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 554(a) AND FED.R.BANKR.P. 6007(a)

TO:  THE OFFICE OF THE UNITED STATES TRUSTEE, FED.R.BANKR.P. 2002 PARTIES, THE DEBTOR, AND ALL CREDITORS, NOTICE (THE "NOTICE") IS HEREBY GIVEN THAT:

1. Lynn E. Feldman, was appointed as the Trustee (the "Trustee") for the estate of SKB Design Build LLC (the "Debtor") and continues to act as Trustee in the liquidation of the Debtor's assets.

2. The Trustee has various assets of the Estate comprised of power tools, shop tools, drills and all other types of tools used in wood working and welding, a sailboat and other miscellaneous inventory ("the Property") located at 754 Cattell Road, Woodbury, New Jersey, 1929 Kater Street, Philadelphia Pa, 254 South 23rd Street, Philadelphia Pa and 8 Manura Avenue, Woodbury, NJ. 08090.

3. After a review of the Schedules, secured claims and all other corresponding documentation, the Trustee has determined that the Property has little, if any, value. As such, the Trustee desires to abandon the Property pursuant to 11 U.S.C. § 554(a) as it is burdensome to the estate and of inconsequential value and benefit to the estate.

4. The Debtor, any creditor, party in interest, or the Office of the United States Trustee may file an answer, objection or any other responsive pleading to this Notice with the Office of the Clerk of the United States Bankruptcy Court, Suite 400, 900 Market Street, Philadelphia, Pennsylvania 19107-4299, within fourteen (14) calendar days of the date of this Notice and serve a copy of same upon counsel for the Trustee whose name and address appears below.

5. The Debtor, any creditor, party in interest or the Office of the United States Trustee may request a hearing in writing stating the reasons why a hearing is necessary; such a request should be filed and served as provided in the preceding paragraph.

      6.     In the absence of any of the foregoing answers, objections, responsive pleadings or requests for a hearing, counsel to the Trustee shall so certify to the Court the absence of such filing and this property shall be deemed abandoned.

      7.     The Trustee has served this Notice upon (i) the Office of the United States Trustee, (ii) all parties who have timely filed requests for notices under Fed.R.Bankr.P. 2002, and (iii) all creditors and parties in interest. The Trustee submits that such notice is sufficient under the circumstances.

                                       **Respectfully submitted,**

                                         **MASCHMEYER MARINAS P.C.**

                                       By:    /s/ Paul B. Maschmeyer
                                              Paul B. Maschmeyer, Esquire
                                              629A Swedesford Road
                                              Swedesford Corporate Center
                                              Malvern, PA 19355
                                              Phone No.: (610) 296-3325
                                              Pmaschmeyer@maschmarinas.com
                                              Counsel to the Trustee

Dated:   July 13, 2023