**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : CHAPTER 7 |
| SKB Design Build LLC | : BANKRUPTCY NO. 23-10514(AMC) |
| Debtor | : |

**ORDER AUTHORIZING THE ABANDONMENT OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 554(a) AND FED.R.BANKR.P. 6007(a)**

AND NOW, on this **1ST** day of **August**, 2023, upon consideration of the Notice of Lynn E. Feldman, Chapter 7 Trustee, to Abandon Property of the Estate pursuant to 11 U.S.C. § 554(a) and Fed.R.Bankr.P. 6007(a) and after notice to (i) the Office of the United States Trustee, (ii) all parties who have timely filed requests for notices under Fed.R.Bankr.P. 2002, and (iii) all creditors and parties in interest; it is hereby

**ORDERED**, that Trustee is authorized to abandon the Property of the Estate (as defined in the Notice); and it is further

**ORDERED,** that the entry of this Order shall be deemed to constitute the abandonment of the Property by the Trustee.

BY THE COURT:

_____
HONORABLE ASHELY CHAN
UNITED STATES BANKRUPTCY JUDGE